David WINTERS, Claimant/Appellant,

v.

The TREASURER OF MISSOURI, as Custodian for the SECOND INJURY FUND, Defendant/Respondent.

No. 66170.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 24, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1995.

Application to Transfer Denied
April 25, 1995.

Robert A. Bedell, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission finding no liability on the part of the Second Injury Fund. We affirm the judgment pursuant to Rule 84.16(b). The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record and no error of law appears. An extended opinion would have no precedential value.